STATEMENT OF FACTS

On Thursday, July 27, 2006, Detective Palchak (MPD) was acting in an undercover capacity as part of a multi- jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of the ICAC satellite office in Washington, DC. On Thursday, July 27, 2006, an individual using the screen name "lkrnson1" initiated contact with Detective Palchak who was using the screen name "daddysgrldc". Detective Palchak identified himself as a thirteen year-old female residing in the District of Columbia. The defendant who was using the screen name "lkrnson1" identified himself as a forty two year-old male who resides in northern Baltimore County, Maryland.

The defendant initiated a conversation in a private Yahoo chat room that started on Thursday, July 27, 2006 at 1235 hours, and ended at 1446 hours. During the course of the conversation the defendant stated, "im glad u r a virgin". Further the defendant stated, "nvr had oral sex or don't go there wish I could be the first  ud be ruined for the other guys u'd be wobbling for a few hrs legs would.t be working right.  just start with cuddling petting and… oral."  Daddysgrldc stated " like oral sex and the defendant responding by stating, " im game if ur". Further, the defendant asked daddysgrldc if she was hairy and asked her how big her breasts were.

"Daddysgrldc" sent the defendant a photo via the internet of a young child who was wearing a bathing suit.  The defendant invited "daddysgrldc" to view his picture on his Yahoo profile.

On July 27, 2006 the defendant made arrangements to meet "daddysgrldc" in front of xxxx xxxxx Street, Northeast, Washington, DC. At 1600 hours.  The defendant told "daddysgrldc" that he would be driving a small white pick up truck. On  Thursday, July 27, 2006 the defendant was observed in front of xxxx xxxxx Street Northeast, Washington, DC in a small white pick up truck. The defendant's appearance matched that of the person in the photograph "lkrnson1" sent to "daddysgirldc" via the Internet on the same date. The defendant was stopped and placed under arrest without incident.  The defendant waived his Miranda rights and provided a video taped statement. The defendant admitted to traveling from Westminster, Maryland to Washington, DC for the purpose of meeting "daddysgrldc". A computer check revealed that the defendant is a registered sex offender in Maryland, having been convicted in the State of Maryland of Third Degree Child Sex Abuse.

In the special territorial and maritime jurisdiction of the United States, it is a violation of federal law, specifically,  18 U.S.C. 2243(a) for a person over the age of 18 to engage in contact between the mouth  and the vulva, or the mouth and the penis with a person under the age of 16 where the adult is at least four years older than the minor child.

Detective TIMOTHY R. PALCHAK
Metropolitan Police Department

Subscribed and sworn to before me this _____ day of July 2006 within the District of Columbia.

RICARDO M. URBINA

.