2006 FDC 015835          File Date: 07/28/2006          06-mj-334

## UNITED STATES Vs. LARRY EDWIN POOLE

PDID #

Lock up number

**FILED**

AUG 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7.28.06 NO BOND - US DIST. CT.
C 8/1/06 @ 1:45pm
CTRM 7.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 06-334-M-01      L-38          TOT

Vs.                                               P.D.I.D. No. _____

Larry Poole (Defendant)

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 8/1/06 @ 1:45 Ctrm No. 7 Consol. PH/DH

**COMMITMENT/RELEASE**

☒ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia
Next Court Date: 8/1/06 @ 1:45 Ctrm. No. 7 Consol. PH/DH

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: Tony Miles

Address: _____

Telephone No. 202-208-7500

DEFENDANT'S NAME: Larry Poole

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 7-28-06               M. Lee
                            JUDICIAL OFFICER PRESIDING

white-court           yellow-usao           Pink-defense

CD-3026/Mar. 03                             Case: 2006 FDC 015835